UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRIS SHELTON, | ) No. CV 09-06316-VBK |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: May 24, 2010           /s/
                       VICTOR B. KENTON
                       UNITED STATES MAGISTRATE JUDGE